

**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Eleanor M. Lackman
Partner
(212) 878-4890 Phone
(917) 546-7675 Fax
eml@msk.com

July 13, 2023

**VIA ECF**
The Honorable Valerie Caproni
Thurgood Marshall
United States Courthouse
40 Foley Street, Courtroom 443
New York, New York 10007

Re:   August Image LLC; et al. v. Girard Entertainment & Media, LLC; et al., 1:23-cv-1492-VEC

Dear Judge Caproni:

This firm represents defendant Girard Entertainment & Media, LLC and Keith Girard ("Girard") in connection with the above captioned action. Pursuant to Rule 2(C) of Your Honor's Individual Rules of Practice in Civil Cases, we write to request an adjournment of the initial pretrial conference, scheduled for August 11, 2023 at 10:00 a.m., on the ground that Girard's counsel will be out of town for a longstanding professional obligation. The undersigned was prepared to appear on June 23 as originally set, as well as July 21 as set for the first adjournment requested by counsel, but was not consulted regarding the August dates that plaintiff proposed, resulting in the inconvenient timing to Girard's counsel resulting from a second accommodation to plaintiff's counsel.

Given the above, Girard respectfully requests to have the date of the conference adjourned to any of the following dates, on which counsel for both sides is available: August 17, 18, or August 25, 2023. We thank the Court for its consideration of this request.

Respectfully submitted,

Eleanor M. Lackman
Partner for
MITCHELL SILBERBERG & KNUPP LLP

EML

15598562.1

437 Madison Ave., 25th Floor, New York, New York 10022-7001
Phone: (212) 509-3900 Fax: (212) 509-7239 Website: WWW.MSK.COM