

**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Eleanor M. Lackman
Partner
(212) 878-4890 Phone
(917) 546-7675 Fax
eml@msk.com

July 13, 2023

# MEMO ENDORSED

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/13/2023
```

**VIA ECF**
The Honorable Valerie Caproni
Thurgood Marshall
United States Courthouse
40 Foley Street, Courtroom 443
New York, New York 10007

**Re:   August Image LLC; et al. v. Girard Entertainment & Media, LLC; et al., 1:23-cv-1492-VEC**

Dear Judge Caproni:

This firm represents defendant Girard Entertainment & Media, LLC and Keith Girard ("Girard") in connection with the above captioned action. Pursuant to Rule 2(C) of Your Honor's Individual Rules of Practice in Civil Cases, we write to request an adjournment of the initial pretrial conference, scheduled for August 11, 2023 at 10:00 a.m., on the ground that Girard's counsel will be out of town for a longstanding professional obligation. The undersigned was prepared to appear on June 23 as originally set, as well as July 21 as set for the first adjournment requested by counsel, but was not consulted regarding the August dates that plaintiff proposed, resulting in the inconvenient timing to Girard's counsel resulting from a second accommodation to plaintiff's counsel.

Given the above, Girard respectfully requests to have the date of the conference adjourned to any of the following dates, on which counsel for both sides is available: August 17, 18, or August 25, 2023. We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Eleanor M. Lackman*

Eleanor M. Lackman
Partner for
MITCHELL SILBERBERG & KNUPP LLP

EML

> The initial pretrial conference in this matter is ADJOURNED to **Friday, August 25, 2023, at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  The parties' pre-conference submissions are due on **August 17, 2023**.  Plaintiff's counsel are admonished that submitting dates without consulting opposing counsel is unprofessional and inefficiently occupies counsels' and the Court's time.
>
> SO ORDERED.
>
> */s/ Valerie Caproni*   07/13/2023
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE