```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/25/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
AUGUST IMAGE, LLC and MARK SEILGER    :
                                      :
                    Plaintiffs,       :
       -against-                      :
                                      :    23-CV-1492 (VEC)
                                      :
GIRARD ENTERTAINMENT & MEDIA LLC      :    ORDER
and KEITH GIRARD,                     :
                                      :
                                      :
                                      :
                                      :
                    Defendants.       :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 16, 2023, the Court ordered Plaintiffs' counsel to show cause at the initial pretrial conference why they should not be sanctioned for failing to comply with the Court's Mediation Referral Order, Dkt. 25; and

WHEREAS on August 25, 2023, the parties appeared before the Undersigned for an initial pretrial conference.

IT IS HEREBY ORDERED that the Court will take the matter of sanctions under advisement.

IT IS FURTHER ORDERED that Defendants' motion for judgment on the pleadings is due on **September 8, 2023**. Plaintiffs' response is due on **September 22, 2023**, and Defendants' reply is due on **October 2, 2023**.

**SO ORDERED.**

Date: August 25, 2023
      New York, New York

                                         VALERIE CAPRONI
                                         United States District Judge