UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUGUST IMAGE, LLC and MARK SELIGER,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>GIRARD ENTERTAINMENT & MEDIA LLC and KEITH GIRARD,<br><br>　　　　　Defendants. | Case No.   23-CV-1492 (VEC) |

## REPLY DECLARATION OF ELEANOR M. LACKMAN

ELEANOR M. LACKMAN declares as follows:

1.  Through my professional corporation, I am a Partner in the law firm of Mitchell, Silberberg & Knupp LLP, counsel for defendants in the above-captioned action. I submit this reply declaration in further support of defendants' Motion for Judgment on the Pleadings.

2.  Attached hereto as Exhibit A is a true and correct copy of relevant excerpts of the transcript of the August 25, 2023 initial pretrial conference and hearing on the Court's Order to Show Cause.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
　　　　October 2, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ELEANOR M. LACKMAN