UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

AUGUST IMAGE, LLC and MARK SELIGER

                    Plaintiffs,                23 **CIVIL** 1492 (VEC)

     -against-                             **JUDGMENT**

GIRARD ENTERTAINMENT & MEDIA LLC
and KEITH GIRARD,

                    Defendants.
------------------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated April 1, 2024, the motion for judgment on the pleadings is GRANTED, the case is DISMISSED, and the Court declines to sanction Plaintiffs' counsel. Accordingly, the case is closed.

**Dated:**  New York, New York
         April 1, 2024

                                                   **RUBY J. KRAJICK**
                                                    Clerk of Court

                                 **BY:**
                                                      **Deputy Clerk**