UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUGUST IMAGE, LLC and MARK SELIGER,<br><br>Plaintiff,<br><br>-against-<br><br>GIRARD ENTERTAINMENT & MEDIA LLC and KEITH GIRARD,<br><br>Defendants. | Case No. 23-cv-01492-VEC |

### NOTICE OF MOTION FOR ATTORNEY'S FEES AND COSTS

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law and Declaration of Eleanor M. Lackman, Esq. and Declaration of Keith Girard and the exhibits attached thereto, defendants Girard Entertainment & Media LLC and Keith Girard, by their undersigned attorneys, will move this Court at the United States District Court, Southern District of New York, 40 Foley Square, New York, New York 10007, before the Honorable Valerie E. Caproni, on a date and time to be designated by the Court, for an order of attorney's fees and costs pursuant to 17 U.S.C. § 505, and for such other and further relief as the Court may deem just and proper.

DATED: New York, New York
April 12, 2024

Respectfully submitted,

MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Eleanor M. Lackman
Eleanor M. Lackman
437 Madison Ave., 25th Floor
New York, New York 10022-7001
Telephone: (212) 509-3900
Facsimile: (212) 509-7239
Email: eml@msk.com

*Attorneys for Defendants
Girard Entertainment & Media LLC and
Keith Girard*

2