# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

AUGUST IMAGE, LLC and MARK SELIGER
(List the full name(s) of the plaintiff(s)/petitioner(s).)

23-CV-1492 (VEC)

-against-

**NOTICE OF APPEAL**

GIRARD ENTERTAINMENT & MEDIA LLC and KEITH GIRARD
(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: Plaintiffs August Image, LLC and Mark Seliger

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☒ judgment ☒ order entered on: Order: 04/01/24; Judgment: 04/01/24
(date that judgment or order was entered on docket)

that: Defendants' Motion for Judgment on the Pleadings was Granted and Plaintiffs' case was dismissed without leave to amend.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

04/11/2024
Dated

Signature*

Doniger, Stephen, M.
Name (Last, First, MI)

| 603 Rose Avenue | Venice | California | 90291 |
|---|---|---|---|
| Address | City | State | Zip Code |

310-590-1820
Telephone Number

stephen@donigerlawfirm.com
E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case.  Fed. R. App. P. 3(c)(2).  Attach additional sheets of paper as necessary.

Rev. 12/23/13