```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/15/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
AUGUST IMAGE, LLC and MARK :
SELIGER, :
                                            Plaintiffs, :      23-CV-1492 (VEC)
                    -against-               :      ORDER OF REFERENCE
                                                  :      TO A MAGISTRATE
GIRARD ENTERTAINMENT & MEDIA, :      JUDGE
LLC and KEITH GIRARD, :
                                    Defendants. :
---------------------------------------------------------- X

      The above entitled action is referred to Magistrate Judge Moses for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:
_____
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g. dispositive motion, preliminary injunction)
Purpose: _____

___ Habeas Corpus

___ Social Security

_X_ Dispositive Motions (i.e. motion requiring Report and Recommendation)
Particular Motion:

 Motion for Attorneys' Fees (Dkt. 49)

All such motions: _____

**SO ORDERED.**

**Date: April 15, 2024**
     **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**