# Exhibit A



**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Keith Girard

Atty No.: 00750
Client ID: 52236-00003
Invoice: 482641

May 13, 2024

**LEGAL SERVICES RENDERED** through April 30, 2024

| Re: | ads. August Image LLC and Mark Seliger | 13,109.00 |
| | 5% courtesy discount | (655.45) |

$12,453.55

TOTAL DUE: $12,453.55

In 2021, Congress passed the Corporate Transparency Act ("CTA"), effective on January 1, 2024. This law creates a new beneficial ownership information ("BOI") reporting requirement for all "reporting companies" with the Financial Crimes Enforcement Network ("FinCEN"), which is part of the U.S. Department of the Treasury. In general, a "beneficial owner" is an individual or entity which either directly or indirectly: (1) exercises (or is deemed to exercise by virtue of holding certain senior management positions at the reporting company) substantial control over the reporting company; or (2) owns or controls at least 25% of the reporting company's ownership interests. "Reporting companies" are all corporations, limited liability companies, limited partnerships and certain other entities formed in or registered to conduct business in the United States which do not meet any of numerous exemptions. Starting January 1, 1024, reporting companies will be required to disclose to FinCEN personal information about their beneficial owners. Unless we expressly agree to do so in writing, we will have no responsibility with respect to any BOI reporting requirements you may have under the CTA, including gathering and confirming the accuracy of any BOI, or otherwise ensuring your compliance with the CTA.

16526584.2

2049 Century Park East, 18th Floor, Los Angeles, California 90067
Phone: (310) 312-2000    Fax: (310) 312-3100    TIN: 95-1883538



Keith Girard



Atty No.: 00750
Client ID: 52236-00003
Invoice: 482641

May 13, 2024
Page 2

**ads. August Image LLC and Mark Seliger**

**Fees through April 30, 2024:**

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 04/07/24 | Draft memo of law principles and overview of arguments. | E. LACKMAN | 2.00 | 1,450.00 |
| 04/08/24 | Continue drafting fees motion (1.0); follow up on recent fees cases (0.7); conduct outreach internally on docket reports and bills (0.3). | E. LACKMAN | 2.00 | 1,450.00 |
| 04/08/24 | Percentage of copyright lawsuits filed in the SDNY have been filed by the Doniger/Burroughs law firm, and how many of them have settled quickly for E. Lackman | P. VEITZER | 2.60 | 728.00 |
| 04/09/24 | Review draft of brief and reorganize same (0.8); revise and supplement general legal principles and objective unreasonableness sections (2.1). | E. LACKMAN | 2.90 | 2,102.50 |
| 04/10/24 | Perform cite checking for motion for attorneys' fees and costs | C. FURAHA | 3.10 | 976.50 |
| 04/10/24 | Revise and continue to draft motivation and compensation sections of brief (1.2); revise facts section (1.0). | E. LACKMAN | 2.20 | 1,595.00 |
| 04/10/24 | Information on law firm Doniger/Burroughs for E. Lackman | P. VEITZER | 0.20 | NO CHARGE |
| 04/11/24 | Finalize cite checking for motion for attorneys' fees and costs | C. FURAHA | 0.30 | 94.50 |



Keith Girard
[REDACTED]
[REDACTED]
[REDACTED]

Atty No.: 00750
Client ID: 52236-00003
Invoice: 482641

May 13, 2024
Page 3

| Date | Description | Attorney | Hours | Fees |
|---|---|---|---|---|
| 04/11/24 | Review client comments and draft Girard declaration, revise same (1.5). | E. LACKMAN | 1.50 | 1,087.50 |
| 04/12/24 | Review and revise entire brief (2.5); update declarations per same (0.6); incorporate client edits to brief (0.5); draft notice of motion (0.3); give brief final read and edit same (0.8). | E. LACKMAN | 4.70 | 3,407.50 |
| 04/29/24 | Review opposition papers; report to K. Girard regarding same. | E. LACKMAN | 0.30 | 217.50 |

5% courtesy discount                                                             (655.45)

Total Fees:                                                                      $12,453.55

**Billing Summary**

| Name | Hours | Rate | Fees |
|---|---|---|---|
| E. LACKMAN | 15.60 hours at | $725.00 = | 11,310.00 |
| C. FURAHA | 3.40 hours at | $315.00 = | 1,071.00 |
| P. VEITZER | 2.60 hours at | $280.00 = | 728.00 |
| SUMMARY TOTALS | 21.60 | | 13,109.00 |

16526584.2



**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Keith Girard
███████████
███████████
███████████

Atty No.: 00750
Client ID: 52236-00003
Invoice: 483520

June 5, 2024

**LEGAL SERVICES RENDERED** through May 31, 2024

| | | |
|---|---|---|
| Re: | ads. August Image LLC and Mark Seliger | 9,715.00 |
| | 5% courtesy discount | (485.75) |
| | | $9,229.25 |

| | |
|---|---|
| Subtotal: | 9,229.25 |
| Prior balance forward: | 12,453.55 |
| Less payments: | 0.00 |
| Prior balance due: | 12,453.55 |
| TOTAL DUE: | $21,682.80 |

| Outstanding Invoice (s): | Date | Invoice | Amount |
|---|---|---|---|
| | 05/13/24 | 482641 | 12,453.55 |

In 2021, Congress passed the Corporate Transparency Act ("CTA"), effective on January 1, 2024. This law creates a new beneficial ownership information ("BOI") reporting requirement for all "reporting companies" with the Financial Crimes Enforcement Network ("FinCEN"), which is part of the U.S. Department of the Treasury. In general, a "beneficial owner" is an individual or entity which either directly or indirectly: (1) exercises (or is deemed to exercise by virtue of holding certain senior management positions at the reporting company) substantial control over the reporting company; or (2) owns or controls at least 25% of the reporting company's ownership interests. "Reporting companies"

16576104.2

2049 Century Park East, 18th Floor, Los Angeles, California 90067
Phone: (310) 312-2000     Fax: (310) 312-3100     TIN: 95-1883538



**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Keith Girard
████████████████
████████████████
████████████████
████████████████

Atty No.: 00750
Client ID: 52236-00003
Invoice: 483520

June 5, 2024

are all corporations, limited liability companies, limited partnerships and certain other entities formed in or registered to conduct business in the United States which do not meet any of numerous exemptions. Starting January 1, 1024, reporting companies will be required to disclose to FinCEN personal information about their beneficial owners. Unless we expressly agree to do so in writing, we will have no responsibility with respect to any BOI reporting requirements you may have under the CTA, including gathering and confirming the accuracy of any BOI, or otherwise ensuring your compliance with the CTA.

16576104.2

2049 Century Park East, 18th Floor, Los Angeles, California  90067
Phone: (310) 312-2000   Fax: (310) 312-3100   TIN: 95-1883538



Keith Girard

████████████
████████████████
████████████
████████████████████

Atty No.: 00750
Client ID: 52236-00003
Invoice: 483520

June 5, 2024
Page 3

**ads. August Image LLC and Mark Seliger**

**Fees through May 31, 2024:**

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 05/01/24 | Review plaintiff's opposition papers and annotate same for response (2.0); review moving papers for conceded arguments (1.0); draft Girard declaration (0.5); start outlining reply brief (0.8). | E. LACKMAN | 4.30 | 3,117.50 |
| 05/02/24 | Continue outlining reply brief (0.5); draft preliminary statement (0.7); draft motivation section of brief (1.6); draft Lackman declaration (0.5); review collected cases on fees standards for relevance and draft objective unreasonableness section of brief (3.3). | E. LACKMAN | 5.80 | 4,205.00 |
| 05/03/24 | Draft compensation and deterrence section of memo of law (1.9); review opposition brief for additional allegations to bolster objective unreasonableness section (0.4); review brief for length and flow and revise same (2.0). | E. LACKMAN | 3.30 | 2,392.50 |

5% courtesy discount (485.75)

Total Fees: $9,229.25

16576104.2



Keith Girard

Atty No.: 00750
Client ID: 52236-00003
Invoice: 483520

June 5, 2024
Page 4

**Billing Summary**

| Name | Hours | Rate | Fees |
|---|---|---|---|
| E. LACKMAN | 13.40 hours at | $725.00 = | 9,715.00 |
| SUMMARY TOTALS | 13.40 | | 9,715.00 |

16576104.2