UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AUGUST IMAGE, LLC and MARK
SELIGER,

        Plaintiffs,

  v.

GIRARD ENTERTAINMENT & MEDIA
LLC and KEITH GIRARD,

        Defendants.

Case No.    23-CV-1492 (VEC)(RFT)

**STIPULATION OF DISMISSAL WITH
PREJUDICE PURSUANT TO RULE
41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiffs August Image, LLC and Mark Seliger, and counsel for defendants Girard Entertainment & Media LLC and Keith Girard, that all claims over which the Court has jurisdiction, including the defendants' pending motion for fees and costs and any other proceedings that may be had before this Court in this action, be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and attorney's fees.

Dated:  August 15, 2024

By: _____
David Michael Stuart Jenkins, Esq.
Stephen M. Doniger, Esq.
Scott Alan Burroughs, Esq.
DONIGER / BURROUGHS
247 Water Street, First Floor
New York, New York 10038
(310) 590-1820
djenkins@donigerlawfirm.com
stephen@donigerlawfirm.com
scott@donigerlawfirm.com

*Attorneys for Plaintiffs August Image, LLC
and Mark Seliger*

By: _____
Eleanor M. Lackman
MITCHELL SILBERBERG & KNUPP LLP
437 Madison Ave., 25th Floor
New York, New York 10022-7001
Telephone: (212) 509-3900
Facsimile: (212) 509-7239
Email: eml@msk.com

*Attorneys for Defendants Girard
Entertainment & Media LLC and Keith Girard*

2

**SO ORDERED.**

_____
The Hon. Valerie E. Caproni, U.S.D.J.